# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 11-875 R (FFM) | Date | July 11, 2011 |
|---|---|---|---|
| Title | FRANCISCO JAVIER VELEZ v. M.D. BITER, WARDEN (A) AND JERRY BROWN | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None Present | | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE

On June 13, 2011, the Court issued an Order Requiring Return to Petition. Pursuant to that order, respondent was required to file a certificate as to interested parties and notice of appearance by June 27, 2011. As of today's date, respondent has failed to file a notice of appearance. Respondent is ordered to file a certificate of interested parties and notice of appearance by July 18, 2011 or show cause in writing why sanctions should not be imposed for failure to comply with a Court order.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | JM | |