UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCISCO JAVIER VELEZ, | ) | No. EDCV 11-875 R (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| M. D. BITER, WARDEN (A), *et al.* | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: Dec. 28, 2012

MANUEL L. REAL
United States District Judge